**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-8043**

———————

FRANCIS M. JONES,

Petitioner - Appellant,

versus

PATRICK CONROY, Warden; JOSEPH CURRAN,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-01-3305-L)

———————

Submitted:  January 31, 2002        Decided:  February 11, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Francis M. Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis M. Jones appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). Because no second or successive petition is permitted unless the petitioner first receives permission from this court pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001), the district court properly dismissed Jones' habeas petition. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2